UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVE CAMPBELL, | : | Case No. 3:25-cv-22 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| FOURSIGHT CAPITAL, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

This case is before the Court upon Defendant Foursight Capital, LLC's Motion for a Responsive Pleading Deadline. (Doc. #13). In the Motion, Defendant asserts that Plaintiff's method of service was improper and therefore insufficient to effectively serve it. *Id.* However, "out of an abundance of caution, [Defendant] moves this Court for an Order setting its responsive pleading deadline for March 14, 2025." *Id.*

For good cause shown, Defendant's Motion for a Responsive Pleading Deadline (Doc. #13) is **GRANTED**.[1] Accordingly, Defendant Foursight Capital's responsive pleading to Plaintiff's Complaint is due **March 14, 2025**.

**IT IS SO ORDERED.**

February 14, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] At this time, the Court expresses no opinion on Defendant's argument regarding the sufficiency of service.