# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVE CAMPBELL, | : | Case No. 3:25-cv-22 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| FOURSIGHT CAPITAL, LLC, *et al*. | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant Foursight Capital, LLC filed a Motion to Dismiss on March 14, 2025. (Doc. #17). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **April 7, 2025**. *See* S.D. Ohio Civ. R. 7.2(b). If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

March 17, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge